July 17, 2015

Fourteenth Court of Appeals
301 Fannin # 245
Houston, Tx 77002
RE: CCA No. PD-1653-14   TR. Ca. No. 1346958

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

JUL 23 2015

CHRISTOPHER A. PRINE
CLERK

Greetings,

This is my second request to your office in regards to me trying to obtain true and correct copies of my reporters record on my P S I hearing executed on September 12, 2013 in the 174th District Court of Harris County Texas. According to the Court of Criminal Appeals and the Texas State Law Library your office has a copy of the records that I am requesting. I once again would like to request a certified copy of the Records Record/Reporter Record of the case numbers mentioned above. If the files cannot be sent to me, then I would like to request to be sent back to my county where I can have access to the said files, and have use of the Law Library in my county so that I may be given a fair and legal opportunity to file a writ according to article 11.07.

Sincerely,

Tommie Jackson

Lopez unit
1203 El. Cibolo Rd

Doc # 1882256